# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gardner, James Knoll | Eastern District of PA | 07/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Edward N. Cahn U.S. Courthouse
504 W. Hamilton Street, #4701
Allentown, PA 18101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer, Director | Allentown Symphony Association |
| 2. | Director | Boys and Girls Club of Allentown, Inc. |
| 3. | Director | Police Athletic League, Inc. |
| 4. | General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |
| 5. | Executive Committee | Minsi Trails Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $67,455.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed piano teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association (NYIPLA) | March 23 to 24, 2012 | New York City, NY | 90th Annual Dinner | Transportation, Food and Hotel |
| 2. | Philadelphia Bar Association | June 8, 2012 | Philadelphia, PA | Federal Bench Bar Conference | Breakfast, Lunch, Seminar |
| 3. | The Historical Society of the U.S. District Court for the Eastern District of PA | June 21, 2012 | Philadelphia, PA | 28th Annual Meeting | Reception, Dinner |
| 4. | Bar Association of Lehigh County (PA) | October 12-14, 2012 | West Point, NY | Bench Bar Conference | Reception, Food, Hotel and Seminar |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/11/2013 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Gardner, James Knoll** | 07/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Asset Resources (See Part VIII) | 1/6 share Mortgage on Rental Property #1, Torrence, California (Part VII, line 1) | P1 |
| 2. | Chase Card Services | Credit Card (Visa) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | P1 | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Sovereign Bank Accounts | A | Interest | L | T | | | | | |
| 4. Brokerage Account #1: | | | | | | | | | |
| 5. CITIBANK NA - Bank Deposit Program | A | Interest | K | T | | | | | |
| 6. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fd. (See Part VIII) | A | Dividend | K | T | | | | | |
| 7. Calamos Convertible & High Income Fund - Closed End Fund | A | Dividend | J | T | | | | | |
| 8. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 9. Calamos Strategic Total Return Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 10. Eaton Vance Tax Eqty. Inc. Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 11. NuStar Energy L.P. - Common Stock | B | Int./Div. | J | T | | | | | |
| 12. BT Group PLC ADR - USD - Common Stock | A | Dividend | J | T | | | | | |
| 13. BlackRock Global Alloc. Fd. - Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Intel Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 15. McDonalds Corporation - Common Stock | | None | | | Sold | 05/09/12 | J | C | N/A |
| 16. Teva Pharmaceutical Industries - Common Stock | A | Dividend | J | T | | | | | |
| 17. Baron Growth Fund-Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Large-Cap Value Fund Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Janus Forty Class S - Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Lazard Emerging Markets Port Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 21. Pimco Total Return Fund Class D - Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Pimco Commodity Real Return Fund Class D - Mutual Fund | A | Dividend | J | T | | | | | |
| 23. T Rowe Price Int'l Bond Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 24. Royce Premier Fund INV Class - Mutual Fund | A | Dividend | J | T | | | | | |
| 25. West Perry Schl. Dist. Bond - Municipal Bond | A | Interest | K | T | | | | | |
| 26. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 27. Magellan Midstream Partners LP - Common Stock | B | Dividend | K | T | | | | | |
| 28. Microsoft Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 29. DWS Floating Rate Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 30. DWS Municipal Bond Fund Class C - Mutual Fund | A | Interest | J | T | | | | | |
| 31. West. Ast. Money Mkt. Fd. Cl.A - Mut. Fd. (Y) (See Pt. VIII) | | | | | | | | | |
| 32. Invesco Premier PTF INSTL - Mutual Fund (Y) (See Part VIII) | | | | | Buy | 06/19/12 | J | | N/A |
| 33. | | | | | Sold (part) | 07/17/12 | J | | N/A |
| 34. | | | | | Sold (part) | 10/15/12 | J | | N/A |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. End of Brokerage Account #1 | | | | | | | | | |
| 36. Brokerage Account #2 (Custodial Account #1) redeemed 5/20/04 | | | | | | | | | |
| 37. Brokerage Account #3 (Custodial Account #2) redeemed 8/28/07 | | | | | | | | | |
| 38. IRA #1 redeemed 8/27/09 | | | | | | | | | |
| 39. Brokerage Account #4: | | | | | | | | | |
| 40. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 41. Eaton Vance Global Return Fund Class C Mutual Fund | A | Dividend | J | T | | | | | |
| 42. Intel Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 43. General Electric Company - Common Stock (X) (See Part VIII) | A | Dividend | J | T | | | | | |
| 44. End of Brokerage Account #4 | | | | | | | | | |
| 45. Time Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 46. IRA #2 | | | | | | | | | |
| 47. Royce Total Return Fund Consultant - Mutual Fund | A | Dividend | K | T | | | | | |
| 48. Invesco Van Kampen Eq.& Inc. Fd. Cl. C - Mutual Fund | A | Dividend | J | T | | | | | |
| 49. American Funds-Growth Fund of America Class C - Mutual Fund | A | Dividend | K | T | | | | | |
| 50. Oppenheimer Developing Markets Fund Class C - Mutual Fund | | None | J | T | Buy (add'l) | 10/26/12 | J | | N/A |
| 51. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BlackRock Global Allocation Fund Inc. - Mutual Fund | A | Dividend | K | T | | | | | |
| 53. Putnam Asset Allocation Balanced Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 54. Consolidated Edison Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 55. GNMA REMIC-Ser. ____ -Cl. NG-Ast.- Bkd. Sec. (See Pt. VIII) | A | Interest | J | T | Sold (part) | 01/20/12 | J | | N/A |
| 56. GNMA REMIC-Series ____ Class CA- Asset Backed Security | A | Interest | | | Redeemed | 04/20/12 | K | | N/A |
| 57. BlackRock Equity Dividend Fund Class C - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 10/26/12 | J | | N/A |
| 58. Ginnie Mae Ser ____ Cl. GA-Ast.-Bkd. Sec. (See Pt. VIII) | A | Interest | K | T | Sold (part) | 01/20/12 | K | | N/A |
| 59. CITIBANK NA - Bank Deposit Program | A | Interest | J | T | | | | | |
| 60. GNMA REMIC - Series ____ Cl. ____ YA - Asset-Backed Security | A | Interest | J | T | Buy | 10/26/12 | J | | N/A |
| 61. BlackRock Mult-Asset Inc. Class C - Mutual Fund | A | Dividend | K | T | Buy | 10/26/12 | J | | N/A |
| 62. End of IRA #2 | | | | | | | | | |
| 63. New York Life Whole Life | A | Dividend | L | T | | | | | |
| 64. Brokerage Account #5 redeemed 04/22/10 | | | | | | | | | |
| 65. KNBT Bank Accounts | A | Interest | K | T | | | | | |
| 66. Rental Property #2, Lehigh County, PA (2006 $250,000) | D | Rent | M | R | | | | | |
| 67. Fun $ [Money] Investment Club - Partnership | B | Int./Div. | J | T | | | | | |
| 68. U.S. Savings Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Mutual Life Insurance Co. - Whole Life | A | Dividend | J | T | | | | | |
| 70. Time Share #3, Williamsburg, Virginia (2011 $19,095) | C | Rent | K | R | | | | | |
| 71. Lafayette Ambassador Bank Accounts (X) | A | Interest | J | T | | | | | |
| 72. Brokerage Account #6 | | | | | | | | | |
| 73. Stroudsburg PA Area Sch. Dist.-A - Mun. Bond (See Part VIII) | A | Interest | J | T | Buy | 03/18/11 | J | | N/A |
| 74. Oppenheimer Devel. Mkts.Class C-Mut. Fd. (X) (See Pt. VIII) | A | Dividend | J | T | Buy | 04/28/11 | J | | N/A |
| 75. | | | | | Buy | 10/26/12 | J | | N/A |
| 76. PPL Corporation - Common Stock | | None | J | T | Buy | 10/26/12 | J | | N/A |
| 77. End of Brokerage Account #6 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 07/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Re Part VII, Line 6: The abbreviation "LM" means Legg Mason.

2. Re Part VII, Line 31: On May 1, 2012 Western Asset Money Market Fund Class A changed its name to "Legg Mason WA MMKT A". Neither the Western Asset Money Market Fund Class A nor the Legg Mason WA MMKT A have ever met the $200 annual income threshold. As of December 31, 2012, the Legg Mason asset has fallen below the $1,000 value threshold. Therefore, neither asset is reportable in the within Financial Disclosure Report for calendar year 2012. I have reflected that by listing the Western Asset Money Market Fund asset in Part VII, Line 31 on page 6 of 12 of the within report together with a parenthetical "(Y)".

3. Re Part VII, Lines 32, 33 and 34: Shares of Legg Mason WA MMKT A (see note 2, above) were sold on June 15, 2012 and June 19, 2012. A portion of the proceeds were used to buy shares of Invesco Premier PTF INSTL on June 19, 2012. The Invesco asset has never met the $200 annual income threshold. As of December 31, 2012, the Invesco asset had fallen below the $1,000 value threshold, because of sales of portions of the Invesco shares on July 17, 2012 and October 15, 2012. Therefore, the Invesco asset is not reportable in the within Financial Disclosure Report for calendar year 2012. I have reflected that by listing the Invesco asset in Part VII, Lines 32, 33 and 34 on page 6 of 12 of the within report together with a parenthetical "(Y)" on Line 32.

4. Re Part VII, Line 40: The abbreviation "LM" means Legg Mason.

5. Re Part VII, Line 43: The General Electric Company common stock reported in Part VII, Line 43 (Page 7 of 12) was purchased on July 25, 2002 and reported initially in the Financial Disclosure Report for calendar year 2002. In calendar year 2009 the asset fell below the $1,000 value threshold and did not meet the $200 annual income threshold. I reflected that by listing this asset in Part VII, Line 51 on Page 6 of 11 of the report for calendar year 2009 together with a parentetical "(Y)".

This previously reportable asset was not reportable in calendar years 2010 and 2011 because it did not meet either the $1,000 value threshold or the $200 annual income threshold in either of those calendar years. The asset became reportable again in calendar year 2012 when the year-end value of the asset again exceeded the $1,000 value threshold. I reflected the fact that the asset was exempt from prior disclosures for calendar years 2010 and 2011 by listing this asset on Part VII, Line 43 of the within report together with a parenthetical "(X)".

6. Re Part VII, Line 55: A portion of the asset GNMA REMIC - Series _____ Class ___ - NG, an asset-backed security, was sold each month in 2012 in the nature of a return on principal. Line 55, Part D. of Section VII of the within Financial Disclosure Report reflects the partial sale transaction on 01/20/12, with the type of transaction recorded as "Sold (part)" in Section D.(1), the Value Code recorded as "J" in Section D.(3), and the identity of buyer/seller (if private transaction) recorded as "N/A" (not applicable) in Section D.(5).

These designations in Section D.(1), (3) and (5) in Line 55 are identical for the partial sales of the asset each month in calendar year 2012. The dates of the monthly partial sale transactions subsequent to 01/20/12 in Section D.(2) are 02/21/12, 03/20/12, 04/20/12, 05/20/12, 06/20/12, 7/20/12, 08/20/12, 09/20/12, 10/20/12, 11/20/12 and 12/20/12.

The total of the twelve monthly Value Codes of "J" in Section D.(3) is an annual Value Code of "J" for calendar year 2012 in Section D.(3).

7. Re Part VII, Line 58: A portion of the asset Ginnie Mae Series 2011-18 Class GA, an asset-backed security, was sold each month in 2012 in the nature of a return on principal. Line 58, Part D. of Section VII of the within Financial Disclosure Report reflects the partial sale transaction on 01/20/12, with the type of transaction recorded as "Sold (part)" in Section D.(1), the Value Code recorded as "K" in Section D.(3), and the identity of buyer/seller (if private transaction) recorded as "N/A" (not applicable) in Section D.(5).

These designations in Section D.(1), (3) and (5) in Line 58 are identical for the partial sales of the asset each month in calendar year 2012. The dates of the monthly partial sale transactions subsequent to 01/20/12 in Section D.(2) are 02/21/12, 03/20/12, 04/20/12, 05/20/12, 06/20/12, 07/20/12, 08/20/12, 09/20/12, 10/20/12, 11/20/12 and 12/20/12.

The total of the twelve monthly Value Codes of "J" in Section D.(3) is an annual Value Code of "K" for calendar year 2012 in Section D.(3).

8. Re Part VII, Line 73: Brokerage Account #6 was established in February 2011. It had only one asset which was reportable in calendar year 2011, a Stroudsburg, Pennsylvania Area School District municipal bond. That asset, which is recorded in Line 73 of the within Financial Disclosure Report for calendar year 2012, was inadvertently unreported in the Financial Disclosure Report for calendar year 2011.

It should have been reported in the Financial Disclosure Report for calendar year 2011 in Part VII, Investments and Trusts as follows:

Part A., Description of Assets: Stroudsburg PA Area School District-A - Municipal Bond

Part B., Income during reporting period:
  B.(1) Amount Code: A
  B.(2) Type: Interest

Part C., Gross value at end of reporting period:
  C.(1) Value code: J
  C.(2) Value Method: T

Part D., Transactions during reporting period:
  D.(1) Type: Buy

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

D.(2) Date: 03-18-11

D.(3) Value Code: J

D.(4) Gain Code: Blank

D.(5) Identity of buyer/seller (if private transaction): N/A

9. Re Part VII, Line 74: The Oppenheimer Development Markets Fund Class C, a mutual fund, reported in Part VII, Line 74 (Page 9 of 12) of the within Financial Disclosure Report was purchased in 2011 in Brokerage Account #6. However, the asset became reportable for the first time in calendar year 2012 when the year-end value of the asset exceeded the $1,000 value reporting threshold for the first time. Therefore, I included this asset in Part VII, Line 74, on Page 9 of 12 in the within Financial Disclosure Report for calendar year 2012. I added a parenthetical "(X)" in Part VII, Line 74, alongside the name of the asset to reflect that the asset was exempt from prior disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Knoll Gardner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544